# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:14-cv-00535 SOM-RLP |
| CASE NAME: | Spirit of Aloha Temple, et al. vs. County of Maui, et al. |
| ATTYS FOR PLA: | Adam G. Lang  <br>John G. Stepanovich  <br>Jonathan S. Durrett  <br>Robert L. Greene  <br>Roman Storzer  <br>Sarah E. Child |
| ATTYS FOR DEFT: | Brian Bilberry |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Ann Matsumoto |
| DATE: | 08/08/2019 | TIME: | 9:00am-12:15pm  <br>1:45pm-3:15pm  <br>3:45pm-4:30pm |

COURT ACTION:  EP: Jury Trial - Day 3 was held.

Plaintiff Spirit of Aloha Temple's Representative Frederick Honig, was present.

Discussion held outside the presence of the jury.

County of Maui stipulates to the authenticity of Plaintiff's Trial Exhibits 12, 13, 14, 15, 16 (pages 72 through 119).  Plaintiff stipulates to the authenticity of Defendant's Trial Exhibits 27 and 28.

9:30 am 8 jurors are present.

Plaintiff's Witness:
1) Frederick Honig (previously CST for continued Cross Examination)
2) Randall Okaneku (CST for Direct Examination)

Plaintiff's Exhibit Admitted: 139

Defendant's Exhibits Admitted: 27, 28, 29, 30, 93-97

Parties to submit briefing (of no more than 1000 words) re: testimony of Randall Okaneku is due by 10:00 p.m. on 8/8/2019.

Further Jury Trial - 4th day, SET for 8/9/2019 at 8:30 a.m. before the Honorable Susan Oki Mollway.

Submitted by Shelli Mizukami, Courtroom Manager