ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SPIRIT OF ALOHA TEMPLE, | ) | CIVIL NO. 14-00535 SOM/RLP |
| Plaintiff, | ) | Verdict Form |
| vs. | ) | |
| COUNTY OF MAUI, | ) | |
| Defendant, | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 2 3 2019
at 3 o'clock and 48 min. P M.
SUE BEITIA, CLERK

**Verdict Form**

We the jury in the above entitled matter find (please mark appropriate blanks):

1) Has Plaintiff Spirit of Aloha Temple proved by a preponderance of the evidence that Spirit of Aloha Temple is a religious assembly or institution?

_____     \_\_\_\_X\_\_\_\_\_
Yes             No

If you answered "Yes" to Question 1, skip question 2 and go to Question 3. If you answered "No" to Question 1, go on to Question 2.

2) Has Defendant County of Maui proved by a preponderance of the evidence that Spirit of Aloha Temple is not a religious assembly or institution?

_____     \_\_\_\_X\_\_\_\_\_
Yes             No

Please note that your answers to Questions 1 and 2 cannot both be "Yes," but they may both be "No" (although they need not be). Go on to Question 3.

3) Has Plaintiff Spirit of Aloha Temple proved by a preponderance of the evidence that, with respect to accepted zoning criteria, Defendant County of Maui treated Plaintiff Spirit of Aloha Temple on less than equal terms as compared to the way the County of Maui treated a similarly situated nonreligious assembly or institution?

_____   ☒ _____
Yes              No

If you answered "Yes" to Question 3, skip question 4 and sign and date this Verdict Form. If you answered "No" to Question 3, go on to Question 4.

4) Has Defendant County of Maui proved by a preponderance of the evidence that, with respect to accepted zoning criteria, it did not treat Plaintiff Spirit of Aloha Temple on less than equal terms as compared to the way the County of Maui treated a similarly situated nonreligious assembly or institution?

☒ _____   _____
Yes              No

Please note that your answers to Questions 3 and 4 cannot both be "Yes," but they may both be "No" (although they need not be). Please sign and date this verdict form.

_____     _____
Signature of Jury Foreperson                        Date

*[Signed: James W. [illegible]]*     *[Dated: August 23, 2019]*