DEPARTMENT OF THE CORPORATION COUNSEL  205

MOANA M. LUTEY            6385
Corporation Counsel
BRIAN A. BILBERRY          7260
THOMAS W. KOLBE          7679
Deputies Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii  96793
Telephone:   (808) 270-7741
Facsimile:   (808) 270-7152
Email:  brian.bilberry@co.maui.hi.us

Attorneys for Defendant COUNTY OF MAUI

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPIRIT OF ALOHA TEMPLE, a Hawaii nonprofit corporation, and FREDRICK R. HONIG,<br><br>            Plaintiffs,<br><br>    vs.<br><br>COUNTY OF MAUI and MAUI PLANNING COMMISSION,<br><br>            Defendants. | CIVIL NO. 14-00535 SOM-RLP<br><br>DEFENDANT COUNTY OF MAUI'S FINAL WITNESS LIST; CERTIFICATE OF SERVICE<br><br>**Trial**:<br>Date:  August 6, 2019<br>Time:  9:00 a.m.<br>Judge:  Hon. Susan O. Mollway |

## DEFENDANT COUNTY OF MAUI'S FINAL WITNESS LIST

Defendant COUNTY OF MAUI (hereinafter "COUNTY"), by and through its attorneys, MOANA M. LUTEY, Corporation Counsel, and BRIAN A. BILBERRY, Deputy Corporation Counsel, hereby submits its Trial Witness List as follows:

| Name of Witness | Subject Matter and Estimated Time |
|---|---|
| Angel Meenakshi Honig | a. The religious beliefs, tenets, and practices of Integral Yoga, the corporate formation, organization and activity of Well Being International, Inc. and Spirit of Aloha Temple, purchase, development, use, and lease of 800 Haumana Road, Haiku, Maui, Hawai´i.<br><br>b. 3-4 hours. |
| Fred Honig | a. The religious beliefs, tenets, and practices of Integral Yoga, the corporate formation, organization and activity of Well Being International, Inc. and Spirit of Aloha Temple, purchase, development, use, and lease of 800 Haumana Road, Haiku, Maui, Hawai´i, SUP2 2007/0009 and SUP2 2012/0032, Planning Commission hearings.<br><br>b. 6-8 hours. |

| | |
|---|---|
| Kurt Wollenhaupt, Planning Department Staff Planner | a. Well Being International, Inc.'s and Plaintiffs' SUP2 2007/0009 and SUP2 2012/0032 special permit use applications, Maui Planning Commission hearings, and Plaintiffs violations of County zoning ordinances and breach of settlement agreements.<br><br>b. 3-4 hours. |
| Gail Davis, Planning Department, Inspector | a. Plaintiffs' Continuing advertising and operation of destination weddings at 800 Haumana Road, Haiku, Maui, Hawai'i.<br><br>b. 1 hour. |
| William Spence, former Director of Planning | a. Well Being International, Inc.'s and Plaintiffs' SUP2 2007/0009 and SUP2 2012/0032 special permit use applications, Maui Planning Commission hearings, Plaintiffs violations of County zoning ordinances and breach of settlement agreements, compelling governmental interest<br><br>b. 4 hours |

| | |
|---|---|
| Wayne Hedani, former Maui Planning Commissioner<br><br>AUG 1 5 2019 (D)<br>AUG 2 0 2019 (D)<br>AUG 2 1 2019 (D, C, RD, RC, RRD) | a. Well Being International, Inc.'s and Plaintiffs' SUP2 2007/0009 and SUP2 2012/0032 special permit use applications, Maui Planning Commission hearings, Haumana Road, Haiku, Hawai´i, Planning Commission findings, conclusions, and decision, denial of SUP2 2007/0009 and SUP2 2012/0032 compelling governmental interest.<br><br>b. 4 hours |
| Patti Kitkowski, Environmental Health Services Division, Maui | a. Review and comment on Plaintiffs' SUP2 2007/0009 and SUP2 2012/0032 special permit use applications, DOH concerns about sanitation.<br><br>b. 1-2 hours |
| Scott English, Former, Fire Plans Examiner, Maui Fire Department | a. Review of Plaintiffs' Application by the Maui Fire Department review of property and fire safety including appropriate roadway requirements for various uses.<br><br>b. 1-2 hours |
| Jessica Caudhill, Haumana Road Resident | a. Public testimony on SUP2 2007/0009 and SUP2 2012/0032 special use permit applications, conditions along Haumana Road, Haiku, Maui, Hawai´i traffic, vehicular and pedestrian activity, weather, activities and operations at 800 Haumana Road.<br><br>b. 1-2 hours |

| Nancy Gilgoff, Haumana Road Resident | a. Public testimony on SUP2 2007/0009 and SUP2 2012/0032 special use permit applications, conditions along Haumana Road, Haiku, Maui, Hawai´i traffic, vehicular and pedestrian activity, weather, activities and operations at 800 Haumana Road.<br><br>b. 1-2 hours |
|---|---|
| Melvin James Hamano, Environmental Engineer, Department of Health | a. Review and comment on Plaintiffs' SUP2 2007/0009 and SUP2 2012/0032 special permit use applications, DOH concerns about water at 800 Haumana Road, Haiku, Maui, Hawai´i.<br><br>b. 1-2 hours |
| Marilyn Niwao, CPA JD   AUG 2 0 2019   (D, C, RD) | a. Expert re Areas of non-profit corporate law and taxation, tax-exempt organizational structure, governance, contractual matters, exemption status compliance, and charitable giving rules.<br><br>b. 2-3 hours |
| Robert Naish, Haumana Road Resident   AUG 2 1 2019   (D, C, RD) | a. Public testimony on SUP2 2007/0009 and SUP2 2012/0032 special use permit applications, conditions along Haumana Road, Haiku, Maui, Hawai´i traffic, vehicular and pedestrian activity, weather, activities and operations at 800 Haumana Road.<br><br>b. 1-2 hours |

Case 1:14-cv-00535-SOM-WRP   Document 272   Filed 07/17/19   Page 6 of 6   PageID #: 5795

| | |
|---|---|
| Dr. Alvin Onaka<br>State of Hawaii<br>Division of Marriages<br>Honolulu, Hawaii | a. Authentication of marriage records and weddings conducted at 800 Haumana Road, Haiku, Maui, Hawai´i<br><br>b. 1 hour |
| Gary Yabuta, former Chief of Police, Maui County | a. Review of Plaintiffs' Application by the Maui Police Department, review of 800 Haumana Road, Haiku, Maui, Hawai´i and neighbor safety including appropriate roadway requirements for various uses.<br><br>b. 1-2 hours |

County reserves the right to call any witness named by any part in this proceeding and rebuttal witnesses, as may be necessary.

DATED:  Wailuku, Maui, Hawaii, July 16, 2019.

MOANA M. LUTEY
Corporation Counsel
Attorneys for Defendant
 COUNTY OF MAUI

By   /s/ Brian A. Bilberry
    BRIAN A. BILBERRY
    Deputy Corporation Counsel

**DURRETT LANG, LLLP**
JONATHAN S. DURRETT (3184)
ADAM G. LANG (9375)
SHAUNA L. SILVA BELL (7004)
Davies Pacific Center
841 Bishop Street, Suite 1101
Honolulu, Hawaii 96813
Tel.: (808) 526-0892
Fax: (808) 533-4399
jdurrett@dmlhawaii.com
alang@dmlhawaii.com
sbell@dmlhawaii.com

**STORZER & ASSOCIATES, P.C.**
ROMAN P. STORZER, *admitted pro hac vice*
ROBERT L. GREENE, *admitted pro hac vice*
JOHN G. STEPANOVICH, *admitted pro hac vice*
1025 Connecticut Avenue, NW
Washington, D.C. 20036
Tel.: (202) 857-9766
Fax: (202) 315-3996
storzer@storzerlaw.com
greene@storzerlaw.com
stepanovich@storzerlaw.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPIRIT OF ALOHA TEMPLE, INC., a Hawaii nonprofit corporation, and FREDRICK R. HONIG,<br><br>               Plaintiffs,<br><br>   vs.<br><br>COUNTY OF MAUI,<br><br>               Defendant. | Civil No. 14-00535 SOM-WRP (Civil Rights)<br><br>PLAINTIFFS' TRIAL WITNESS LIST; CERTIFICATE OF SERVICE |

## **PLAINTIFFS' TRIAL WITNESS LIST**

Plaintiffs, Spirit of Aloha Temple and Fredrick Honig, hereby submit this

list of witnesses to be called at trial pursuant to Paragraph 21 of this Court's

1

Seventh Amended Rule 16 Scheduling Order. Subject to time limitations and final

availability, the Plaintiffs intend to call the following witnesses:

1. Angel Honig, Board member and minister of Spirit of Aloha Temple.   AUG 1 4 2019 (D, C, RD, RC)

   a. The religious beliefs and practices of the Temple, including its origins; history and operation of the Temple.

   b. Estimated time: three hours, including cross examination and re-direct.

2. Fredrick Honig, Principal Minister and President of Spirit of Aloha Temple.

   a. The religious beliefs and practices of the Temple, including its   AUG - 6 2019 (D)
   origins; the application for a Special Use Permit; the Temple's work   AUG - 7 2019
   with the County Planning Department and other agencies to mitigate   (D, C)
   any concerns about the application; history and operation of the   AUG - 8 2019
   Temple.   AUG - 9 2019 (C)
   AUG 1 3 2019 (C, RD, RC, RDD)   AUG 2 2 2019 (D, C) Rebuttal

   b. Estimated time: six hours, including cross examination and re-direct.

3. Randall Okaneku, Principal of the Traffic Management Consultants,   AUG - 8 2019 (D)
   Honolulu, Hawai'i.   AUG - 9 2019 (Cont D, C, RD, RC)

   a. Expert and fact witness on traffic conditions on Haumana Road, Door of Faith Road and Waipoli Road; safety of Haumana Road; mitigation of traffic concerns in the SUP application.

   b. Estimated time: three hours, including cross examination and re-direct.

4. William Spence, Director of Maui Planning Department, County 30(b)(6)
   witness.   AUG 1 3 2019 (D)   AUG 1 4 2019 (D, C)
   AUG 1 5 2019 (C, RD, RC, RRD, RRC)

   a. Maui County Code; practices of Maui County with regard to land use regulations; treatment of applications of SAT and others for Special Use Permits.

   b. Estimated time: four hours, including cross examination and re-direct.

2

5. John Rapacz, Director of Maui County Zoning Administration and Enforcement Division.

AUG 2 0 2019 *(depo read )*

   a. Maui County Code; practices of Maui County with regard to enforcement of land use regulations; treatment of applications of SAT and others for Special Use Permits.

   b. Three hours, including cross examination and re-direct.

6. Wayne Hedani, former member, Maui Planning Commission.

   a. Maui County Code and land use regulations, treatment of Special Use Permits for Spirit of Aloha and other applicants.

   b. Estimated time: three hours, including cross examination and re-direct.

7. Other former Maui Planning Commission members possibly in rebuttal.

8. Others, including County officials for purposes of document authentication, if stipulations cannot be reached.

DATED: Honolulu, Hawaii; July 16, 2019.

/s/  *Adam G. Lang*
JONATHAN S. DURRETT
ADAM G. LANG
SHAUNA L. SILVA BELL
DURRETT LANG, LLLP

ROMAN P. STORZER
ROBERT L. GREENE
JOHN G. STEPANOVICH
STORZER & ASSOCIATES P.C.

Attorneys for Plaintiffs
SPIRIT OF ALOHA TEMPLE
and FREDRICK R. HONIG

3

Case 1:14-cv-00535-SOM-WRP   Document 395   Filed 08/23/19   Page 10 of 24   PageID #:
Case 1:14-cv-00535-SOM-WRP   Document 336   Filed 08/13/19   Page 1 of 8   PageID #:
6461

HID 187 (Rev. 02/11) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

Spirit of Aloha Temple, et al.          EXHIBIT LIST

v.

County of Maui                    Case Number:  CV 14-00535 SOM-WRP

| PRESIDING JUDGE Susan Oki Mollway | PLAINTIFF'S ATTORNEY Jonathan S. Durrett, Esq. | DEFENDANT'S ATTORNEY Brian A. Bilberry |
|---|---|---|
| TRIAL DATE (S) August 6, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERE | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | Counter Record on Appeal, Civil No. 16-1-0103(1), Second Circuit Court, State of Hawaiʻi, filed April 5, 2016 |
| | 2 | | | | Record on Appeal, Civil No. 16-1-0103(1), filed March 16, 2016 and Supplemental Record on appeal dated March 17, 2016 |
| | 3 | | | | Supplemental Record on Appeal filed March 17, 2016 |
| | 4 | | AUG 2 1 2019 | | Video shown to the Commission by Nancy Gilgoff as part of her public testimony at March 24, 2014 Maui Planning Commission Meeting |
| | 5 | | | | Notice of Appeal to the Circuit Court, et seq., Civil No. 16-1-0103(1), filed February 26, 2016 |
| | 6 | | AUG 1 3 2019 | | Response to the Appellants' Notice of Appeal to the Circuit Court and Statement of the Case, et seq., Civil No. 16-1-0103(1) filed March 16, 2016 |
| | 7 | | | | Applicants-Appellants' Opening Brief, Civil No. 16-1-0103(1), filed April 25, 2016 |
| | 8 | | | | Respondents-Appellees' Answering Appellate Brief, Civil No. 16-1-0103(1), filed June 6, 2016 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.                    Page 1 of 7 Pages

Case 1:14-cv-00535-SOM-WRP Document 395 Filed 08/23/19 Page 11 of 24 PageID #:
Case 1:14-cv-00535-SOM-WRP Document 385 Filed 08/13/19 Page 2 of 8 PageID #:
6462

| 9 | | | | Order Affirming the Maui Planning Commission's Findings of Fact, Conclusions of Law and Decision and Order Denying Docket No. SUP 2012/0032, Dated October 28, 2014 |
| 10 | | | | Transcript of Videotaped Deposition of Fredrick R. Honig, dated February 1, 2018 |
| 11 | | AUG 13 2019 | | Warranty Deed, recorded September 9, 1994, Doc. No. 94-149319 (Honig Depo. Ex. 1) |
| 12 | | AUG 13 2019 | | Warranty Deed, recorded November 20, 1996, Doc. No. 96-164503 (Honig Depo. Ex. 2) |
| 13 | | AUG 13 2019 | | Warranty Deed, recorded June 29, 1999, Doc. No. 99-103850 (Honig Depo. Ex. 3) |
| 14 | | AUG 13 2019 | | Quitclaim Deed, recorded March 20, 2003, Doc. No. 2003-052026 (Honig Depo. Ex. 4) |
| 15 | | AUG 13 2019 | | MLS Listing, 655 Haumana Road (Honig Depo. Ex. 5) |
| 16 | | | | DCCA Business Registration Information re Well Being International Inc. (Honig Depo. Ex. 6) |
| 17 | | AUG -7 2019 | | Article of Incorporation for Well Being International, Inc. filed February 22, 1993 (Honig Depo. Ex. 7) |
| 18 | | | | Articles of Incorporation for Maui Weddings & Events, Inc., filed March 18, 2008 (Honig Depo. Ex. 8) |
| 19 | | | | Application for Registration of Trade Name for Maui Gay Weddings, filed July 23, 2002 (Honig Depo. 9) |
| 20 | | | | Meenakshi Angel Honig Webpage Printout, dated November 19, 2015 (Honig Depo., 10) |
| 21 | | AUG -7 2019 | | Well Being International, Inc. Lease Agreement, recorded November 10, 2005 (Honig Depo. Ex. 11) |
| 22 | | AUG -7 2019 | | Well Being International, Inc., Spirit of Aloha Temple, and Fred Honig Tax Filings, Schedules for 2008 through 2009 (Honig Depo. Ex. 14) |
| 23 | | AUG 13 2019 | | Articles of Incorporation for Spirit of Aloha Temple, filed September 17, 2007 (Honig Depo. Ex. 15) |
| 24 | | AUG -7 2019 | | Bylaws of Spirit of Aloha Temple, adopted September 8, 2007 (Honig Depo. Ex. 16) |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Case 1:14-cv-00535-SOM-WRP   Document 395   Filed 08/23/19   Page 12 of 24   PageID #:
Case 1:14-cv-00535-SOM-WRP   Document 386   Filed 08/13/19   Page 3 of 8   PageID #:
6463

| | 25 | | AUG - 7 2019 | Spirit of Aloha Temple Lease Agreement, recorded December 30, 2011, Doc. No. A-43811096 (Honig Depo. Ex. 17) |
|---|---|---|---|---|
| | 26 | | | Spirit of Aloha Temple Tax Filings, Schedules for 2007 through 2009 (Honig Depo. Ex. 13) |
| | 27 | | AUG - 8 2019 | Deposition of Brian Pang Upon Written Interrogatories, dated February 3, 2016 (Volume 1) |
| | 28 | | AUG - 8 2019 | Deposition of Brian Pang Upon Written Interrogatories, dated February 3, 2016 (Volume 2) |
| | 29 | | AUG - 8 2019 | Settlement Agreement, NOV 2012/0021 & NOV 2012/0022, dated March 6, 2014 (Honig Depo. Ex. 26) |
| | 30 | | AUG - 8 2019 | Settlement Agreement, NOV 2012/0023, NOV 2012/0024, & NOV 2012/0025, dated March 6, 2014 (Honig Depo. Ex. 26) |
| | 31 | | | Modification to Mortgage, recorded September 3, 2013, Doc. No. A-49940572 (Honig Depo. Ex. 12) |
| | 32 | | | Transcript of Meenaskshi Angel Honig, dated March 6, 2018 |
| | 33 | | | Transcript of Deposition of Gary Yabuta, dated March 1, 2018 |
| | 34 | | | Transcript of Deposition of Scott English, dated January 30, 2018 |
| | 35 | | | Letter from Scott English, Fire Plans Examiner, dated March 12, 2014 (English Depo. Ex. 1) |
| | 36 | | | Transcript of Deposition of Wayne Hedani, dated February 2, 2018 |
| | 37 | | | Findings of Fact, Conclusions of Law, and Decision and Order Denying Docket No. SUP 2012/0032, dated October 30, 2014 (Hedani Depo. Ex. 1) |
| | 38 | | | Memorandum to Gary Yabuta, dated February 13, 2013 (Hedani Depo. Ex. 4) |
| | 39 | | | e-Mail from Nancy Gilgolf, dated April 3, 2014 and attachments (Hedani Depo. Ex. 5) |
| | 40 | | | Video File from Nancy Gilgolf Showing Active Flooding of Haumana Road |

Case 1:14-cv-00535-SOM-WRP   Document 395   Filed 08/23/19   Page 13 of 24   PageID #:
Case 1:14-cv-00535-SOM-WRP   Document 386   Filed 08/13/19   Page 4 of 8   PageID #:
6464
7337

| | 41 | | | Transcript of Deposition of Melvin Hamano, dated August 3, 2017 |
|---|---|---|---|---|
| | 42 | | | Letter from Melvin Hamano, dated January 17, 2014 (Hamano Depo. Ex. 1) |
| | 43 | | | e-Mail communications between Melvin Hamano and Kurt Wollenhaupt, dated January 23, 2014 (Hamano Depo. Ex. 2) |
| | 44 | | | e-Mail communications between Melvin Hamano and Kurt Wollenhaupt, dated February 12, 2014 (Hamano Depo. Ex. 5) |
| | 45 | | | e-Mail communications between Melvin Hamano and Kurt Wollenhaupt, dated April 7, 2014 (Hamano Depo. Ex. 6) |
| | 46 | | | e-Mail communications between Patricia Kitkowski and Kurt Wollenhaupt, dated April 8, 2014 (Hamano Depo. Ex. 8) |
| | 47 | | | Transcript of Deposition of Everett Ohta, dated August 3, 2017 |
| | 48 | | | Letter from Kamana´opono Crabbe, dated March 24, 2014 (Crabbe Depo. Ex. 10) |
| | 49 | | | Letter from Clyde Namu´o, dated September 19, 2008 (Crabbe Depo. Ex. 12) |
| | 50 | | | Transcript of Deposition of William Spence, dated February 28, 2018 |
| | 51 | | AUG 1 4 2019 | Letter from William Spence, dated November 4, 2002 (Spence Depo. Ex. 7) |
| | 52 | | | Declaration of William Spence, dated June 8, 2018 |
| | 53 | | AUG 1 3 2019 | Transcript of Deposition of Marilyn Niwao Roberts, dated February 28, 2018 |
| | 54 | | | Curriculum Vitae of Marilyn Niwao (Niwao Roberts Depo. Ex. 1) |
| | 55 | | | Letter Report of Opinions from Marilyn Niwao, dated December 29, 2017 (Niwao Robert Depo. Ex. 2) |

Case 1:14-cv-00535-SOM-WRP   Document 395   Filed 08/23/19   Page 14 of 24   PageID #:
Case 1:14-cv-00535-SOM-WRP   Document 366   Filed 08/13/19   Page 5 of 8   PageID #:
6465

| | 56 | | | | Owner and Parcel Information for 800 Haumana Road, Haiku, HI |
| | 57 | | | | Well Being International, Inc., Spirit of Aloha Temple, and Fred Honig Tax Filings, Schedules for 2008 through 2009 (Island Tax 000001 through 000071) |
| | 58 | | | | Bloomberg Law Research re Organizational and Operational Tests of § 501(c)(3) |
| | 59 | | | | Bloomberg Law Research re Private Inurement, Private Benefit and Intermediate Sanctions for § 501(c)(3) |
| | 60 | | | | Bloomberg Law Research re Organizations Further Private Interests |
| | 61 | | | | Bloomberg Law Research re Religious Organizations |
| | 62 | | | | Bloomberg Tax Law Research re Worksheet and Considerations Relating to Creation and Operation of Nonprofit Religious Corporation |
| | 63 | | | | Bloomberg Tax Law Research re Defining "Religious Organization" and "Church" |
| | 64 | | | | Bloomberg Tax Law Research re Unrelated Business Income |
| | 65 | | | | Guidestar Profile for Spirit of Aloha Temple (2 PDF files) |
| | 66 | | | | IRS Publication 1828 re § 501(c)(3) Tax Guide for Churches & Religious Organizations |
| | 67 | | | | Maui County Real Property Tax Owner and Parcel Information |
| | 68 | | | | Regulation § 1.501(c)(3)-1 |
| | 69 | | | | Federal Tax Coordinator 2d re Activities in furtherance of exempt purposes to meet tax-exemption requirements |
| | 70 | | | | Federal Tax Coordinator 2d re Necessary Requirement |
| | 71 | | | | Federal Tax Coordinator 2d re Private inurement for tax-exempt organizations |

Case 1:14-cv-00535-SOM-WRP · Document 395 · Filed 08/23/19 · Page 15 of 24 · PageID #:
Case 1:14-cv-00535-SOM-WRP · Document 358 · Filed 08/13/19 · Page 6 of 8 · PageID #:
6466

| | 72 | | | | Spirit of Aloha Temple Application for Recognition of Exemption Under Section 501(c)(3) of the Internal Revenue Code |
| | 73 | | | | State of Hawaiʻi GET listing for Maui Weddings & Events, Inc. |
| | 74 | | | | State of Hawaiʻi GET listing for Spirit of Aloha |
| | 75 | | | | State of Hawaiʻi GET Listing for Well Being International, Inc. |
| | 76 | | | | Niwao Research re DCCA Business/Trade Name Registration, Lease, and Tax Files & Schedules for Well Being International, Inc. |
| | 77 | | | | 2007 Spirit of Aloha Form 990-EZ Tax Return |
| | 78 | | | | 2008 Spirit of Aloha Form 990-EZ Tax Return |
| | 79 | | | | 2009 Spirit of Aloha Form 990-EZ Tax Return |
| | 80 | | | | 1997-04-21 State Tax Advisory re Application of GET on Tourist Wedding Activities of Churches |
| | 81 | | | | Undated letter from Roman Storzer to Alan Bradbury |
| | 82 | | | | e-Mails between Alan Bradbury & Summer Bradbury, dated October 6, 2015 through January 13, 2016 |
| | 83 | | | | e-Mails between Alan Bradbury & Summer Bradbury, dated January 5, 2016 through January 8, 2016 |
| | 84 | | | | e-Mails between Alan Bradbury and counsel, dated January 1, 2016 & January 4, 2016 |
| | 85 | | | | Internet Wedding Venue Advertisements with Declaration of Gail Davis, dated July 9, 2019 |
| | 86 | | | | 2019 Property Record Card for 800 Haumana Road, Haiku, Hawaiʻi (Tax Map Key 280040320000), dated July 1, 2019 |
| | 87 | | | | Current and Delinquent Real Property and Special Assessment Trial Balance for 800 Haumana Road, Haiku, Hawaiʻi (Tax Map Key 280040320000), dated July 1, 2019 |

Case 1:14-cv-00535-SOM-WRP    Document 395    Filed 08/23/19    Page 16 of 24    PageID #:
Case 1:14-cv-00535-SOM-WRP    Document 356    Filed 08/13/19    Page 7 of 8    PageID #:
6467

| | 88 | | | Assessment Information for 800 Haumana Road, Haiku, Hawaiʻi (Tax Map Key 280040320000), dated July 1, 2019 |
|---|---|---|---|---|
| | 89 | | | Limited Letter Report from Title Guaranty, Title & Escrow Services, dated July 2, 2019 |
| | 90 | | | Color Copies of MLS Listings (Honig Depo. Ex. 5) |
| | 91 | | | Plaintiff Spirit of Aloha Temple's Answers to Defendant County of Maui's First Request for Answers to Interrogatories, First Request for Production of Documents, First Request for Admissions, and First Request to Inspect Land, Premises, and Things dated November 3, 2015 |
| | 92 | | | Plaintiff Fredrick R. Honig's Answers to Defendant County of Maui's First Request for Answers to Interrogatories, First Request for Production of Documents, and First Request for Admissions dated November 3, 1015 |
| | 93 | AUG - 8 2019 | | NOV 2012/0021 dated September 27, 2012 |
| | 94 | AUG - 8 2019 | | NOV 2012/0022 dated September 27, 2012 |
| | 95 | AUG - 8 2019 | | NOV 2012/0023 dated September 27 2012 |
| | 96 | AUG - 8 2019 | | NOV 2012/0024 dated September 27, 2012 |
| | 97 | AUG - 8 2019 | | NOV 2012/0025 dated September 27, 2012 |
| | 98 | | | Unilateral Agreement and Declaration for Construction of a Farm Dwelling on Lands Zoned County Agricultural District or Designated State Agricultural District recorded August 27, 2009 as Document No. 2009-131719 |
| | 99 | | | Wedding List by Date |
| | 100 | | | Wedding List by State & Country |

Case 1:14-cv-00535-SOM-WRP   Document 395   Filed 08/23/19   Page 17 of 24   PageID #:
Case 1:14-cv-00535-SOM-WRP   Document 366   Filed 08/13/19   Page 8 of 8   PageID #:
6468

| 101 | | | Youtube Video entitled "Shannon + Brian − Spirit of Aloha Gardens Maui" 2011<br><br>https://www.youtube.com/watch?v=__fhVZ2Raxg&list=WL&index=16 |
| 102 | | | Youtube Video entitled "Shane & Lyka's wedding" 2018-08-18<br><br>https://www.youtube.com/watch?v=_TW-o4b0KjM&list=WL&index=17 |
| 103 | | AUG - 7 2019 | October 12, 2007 First SUP Application |
| 104 | | AUG - 9 2019 | Photo: "Inside of New Dwelling" |
| 105 | | AUG - 9 2019 | Photo: "Reception Building being Rebuilt" |
| 106 | | AUG - 9 2019 | Photo: "Installing new Sliding" |
| 107 | | AUG - 9 2019 | Photo: "Interior of Reception Building" |
| 108<br>109<br>110<br>111 | | AUG 1 3 2019<br>AUG 1 3 2019<br>AUG 1 3 2019<br>AUG 1 3 2019 | |

112
113
114
115      AUG 1 4 2019
116

SHID 187 (Rev. 02/11) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

Spirit of Aloha Temple, et al.

## EXHIBIT AND WITNESS LIST

V.

County of Maui

Case Number:  CV 14-00535 SOM-WRP

| PRESIDING JUDGE  Susan Oki Mollway | PLAINTIFF'S ATTORNEY  Jonathan S. Durrett | DEFENDANT'S ATTORNEY  Brian A. Bilberry |
|---|---|---|
| TRIAL DATE (S)  8/6/2019-8/27/2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Maui County Planning Dept's Report to the Maui Planning Comm. dated Mar. 11, 2014 |
| 2 | | | AUG - | 6 2019 | Video File: Dedication of Spirit of Aloha Temple |
| 3 | | | | | Various Tax Returns produced by County of Maui re: Spirit of Aloha Temple, Wellbeing Intl. Inc., and F. Honig |
| 4 | | | | | Applicant Appellant's Opening Brief, State Circuit Court Proceeding, Dkt. 3 183-14 |
| 5 | | | | | Transcript of the Deposition of the County's Federal Rule 30(b)(6) designee, W. Spence, Feb . 5, 2018 |
| 6 | | | AUG | 3 2019 | Maui Planning Dept.'s Report to the Maui Planning Comm. dated Mar. 25, 2014 |
| 7 | | | AUG - | 7 2019 | Maui Planning Dept.'s Letter to F. Honig dated Apr. 17, 2012 |
| 8 | | | AUG - 7 2019 | | Maui Planning Dept's Recommendations to the Maui Planning Comm. dated Mar. 25, 2014 |
| 9 | | | AUG - 7 2019 | | Maui Planning Comm.'s Findings of Fact, Conclusions of Law, Decision and Order dated Oct. 28, 2014 |
| 10 | | | | | Maui County Police Dept. Reports |
| 11 | | | | | Two (2) Settlement Agreements between F. Honig and County of Maui |
| 12 | | | AUG 1 4 2019 | | Dept. of Planning's Approval for Ali'i Kula Lavender Farm dated Nov. 4, 2011 |
| 13 | | | | | Minutes of Maui Planning Comm. Meeting re: Ali'i Kula Lavender Farm dated Oct. 24, 2011 |
| 14 | | | | | Maui Planning Comm. Approval Letter and Maui Planning Dept's Original & Amended Reports re: Ali'i Kula Lavender |
| 15 | | | AUG 1 4 2019 | | Maui Planning Dept.'s Report to the Maui Planning Comm. re: Hale Akua Garden Farm Retreat Center dated Mar. 22, 2011 |
| 16 | | | | | Maui Planning Comm. Meeting Minutes re: Hale Akua Garden Farm Retreat Center dated Mar. 22, 2011 |
| 17 | | | AUG - | 7 2019 | Email from Capt. P. Haake and Bat. Chief C. Yamamoto, Maui County Fire Prevention Bureau to Planning Dept. dated Apr. 4, 2014 |
| 18 | | | | | Memo from T. Phillips, Chief of Police, to J. Prutch, Maui Planning Dept. re: Spirit of Aloha Temple dated Sep. 3, 2008 |
| 19 | | | | | WITHDRAWN |
| 20 | | | | | Excerpts of Defendant County of Maui's Respns. to Plaintiffs' 1st Interrogs. to Def. Maui Planning Comm. dated Aug. 31, 2015 |
| 21 | | | | | Web page titled "Weddings- HOLY INNOCENTS EPISCOPAL CHURCH" |
| 22 | | | | | Web page titled "Holy Innocents Episcopal Church - Lahaina, HI" |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___7___ Pages

HID 187A (Rev. 3/11)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | Spirit of Aloha, et. al | | vs. | | County of Maui | CASE NO.<br>CV 14–00535 SOM-WRP |
|---|---|---|---|---|---|---|

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| 23 | | | | | Web page titled "Makawao Union Church - Paia, HI" | |
| 24 | | | | | Web page titled "Instructions for Visitor Weddings - Maria Lanakila Catholic Church" | |
| 25 | | | | | Web page titled "Carrie & Cuong - Married at St. Theresa's Catholic Church" | |
| 26 | | | | | Web page titled "Makawao Union Church - Paia, HI" | |
| 27 | | | | | Web page titled "Keawala'i Congregational Church" | |
| 28 | | | | | Web page titled "Keawala'i Congregational Church - Makena, HI" | |
| 29 | | | | | Web page titled "Church Locations - Maui Wedding Locations - Precious Maui Weddings" | |
| 30 | | | | | Excerpts of M.C.C. Chapter 19.30A - Agricultural District | |
| 31 | | | | | Excerpts from the Hawaii Revised Statutes Chapter 205: Land Use Commission | |
| 32 | | | | | Excerpts from the Hawaii Administrative Rules Chapter 15-15 | |
| 33 | | | | | Excerpts from County of Maui's Supp. Answers to 1st Set of Interrogs. dated Oct. 30, 2015 | |
| 34 | | | | | Web page titled "Haumana Road - Google Maps" | |
| 35 | | | | | Web page titled "Contact Jewel Wellness Maui Spa - Haiku Spa Wellness Retreat" | |
| 36 | | | | | Findings of Fact, Conclusions of Law, Decision and Order in the Spirit of Aloha re: SUP2 2007/0009 dated Feb. 8, 2011 | |
| 37 | | | | | WITHDRAWN | |
| 38 | | | | | Transcript from Deposition of Maui County Zoning Admin. and Enforcement Div. Director, J. Rapacz dated May 18, 2016 | |
| 39 | | | | | Archaeological Preservation and Restoration Plan, submitted to the state of Hawaii DLNR SHPD | |
| 40 | | | AUG - 7 2019 | | Letter from State of Hawaii DLNR SHPD approving Plan for Subject Property dated Jun. 18, 2015 | |
| 41 | | | | | Cover Page for Final Preservation Plan to SHPD Library | |
| 42 | | | AUG - 7 2019 | | Proof of Mailing of Final Preservation Plan to SHPD Library | |
| 43 | | | | | Letter from the State of Hawaii DOT Highways Division at Kapolei to R. Okaneku, P.E. dated Nov. 2, 2015 | |
| 44 | | | | | Demonstratives of Haumana Road | |
| 45 | | | | | Wellbeing International Certificate of Incorporation | |
| 46 | | | | | WITHDRAWN | |
| 47 | | | AUG - 7 2019 | | Photographs of Door Faith Road | |
| 48 | | | | | Demonstratives of Waipoli Road: Photographs, maps *NOTE: EXHIBIT NOT YET AVAILABLE | |
| 49 | | | | | Botanical Gardens websites, Expert Report of A. Bradbury | |

HID 187A (Rev. 3/11)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| Spirit of Aloha, et. al | | | vs. | County of Maui | CASE NO. CV 14–00535 SOM-WRP |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 50 | | | | | Web page titled "Black Swan Temple" |
| 51 | | | | | WITHDRAWN |
| 52 | | | | | Maui Planning Comm. Minutes dated Mar. 25, 2014 |
| 53 | | | AUG 1 3 2019 | | Letter from W. Spence to F. Honig re: minor permit approval for construction of potting shed dated Aug. 12 2013 |
| 54 | | | | | Email from F. Honig to K. Wollenhaupt copying P. Kitkowski and M. Hamano re: SAT water systems dated Apr. 7, 2014 |
| 55 | | | | | Email from P. Kitkowski to K. Wollenhaupt copying F. Honig and M. Hamano dated Apr. 7, 2014 |
| 56 | | | AUG 1 3 2019 | | Email to K. Wollenhaupt from M. Hamano dated Jan. 23, 2014 |
| 57 | | | | | Email from M. Hamano to K. Wollenhaupt dated Apr. 7, 2014 |
| 58 | | | | | WITHDRAWN |
| 59 | | | | | Email from M. Hamano to K. Wollenhaupt dated Apr. 7, 2014 |
| 60 | | | | | Letter to M. Hamano from F. Honig dated Mar. 6, 2013 |
| 61 | | | | | WITHDRAWN |
| 62 | | | | | WITHDRAWN |
| 63 | | | | | WITHDRAWN |
| 64 | | | | | Email to K. Wollenhaupt from M. Hamano dated Feb. 12, 2014 |
| 65 | | | | | Email from P. Kitkowski to K. Wollenhaupt dated Jan. 28, 2014 |
| 66 | | | | | Memo from D. Goode to W. Spence re: proposed permit dated Feb. 20, 2013 |
| 67 | | | | | Letter from Dept. of Water Supply to J. Prutch dated Feb. 12, 2013 |
| 68 | | | | | Letter from State Dept. of Health to W. Spence dated Feb. 13, 2013 |
| 69 | | | | | WITHDRAWN |
| 70 | | | | | Letter from Maui County Dept. of Fire and Public Safety to K. Wollenhaupt dated mar. 12, 2014 |
| 71 | | | | | Email from P. Haake, Captain of Fire Prevention Bureau to J. Prutch dated Feb. 21, 2013 |
| 72 | | | | | WITHDRAWN |
| 73 | | | | | WITHDRAWN |
| 74 | | | | | WITHDRAWN |
| 75 | | | | | Letter from Dept. of Land and Natural Resources to J. Prutch, Staff Planner, dated Jan. 17, 2014 |
| 76 | | | | | Letter from Dept. of Land and Natural Resources to K. Wollenhaupt dated Mar. 12, 2014 |

HID 187A (Rev. 3/11)          **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| Spirit of Aloha, et. al | | | VS. | County of Maui | CASE NO. CV 14–00535 SOM-WRP |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 77 | | | | | Letter from State Dept. of Health Safe Drinking Water Branch to K. Wollenhaupt dated Jan. 17, 2014 |
| 78 | | | | | WITHDRAWN |
| 79 | | | | | WITHDRAWN |
| 80 | | | | | Minutes of Maui Planning Comm. meeting held on Sep. 8, 2015 |
| 81 | | | | | WITHDRAWN |
| 82 | | | | | WITHDRAWN |
| 83 | | | | | Dept. of Planning Transmittal dated Jan. 29, 2013 |
| 84 | | | AUG – 7 2019 | | Item D-3 Spirit of Aloha - F. Honig; State Land Use Comm. Special Permit SUP2 2012/0032; Maui Planning Comm. Mar. 25, 2014 |
| 85 | | | | | WITHDRAWN |
| 86 | | | | | Spirit of Aloha Temple Nature Gardens Mission Statement |
| 87 | | | AUG – 7 2019 | | Spirit of Aloha Temple Lease Agreement |
| 88 | | | | | Alii Kula Lavender Farm Brochure |
| 89 | | | | | Wellbeing International Lease Agreement |
| 90 | | | | | Wellbeing International Tax Exemption Documents |
| 91 | | | | | Spirit of Aloha Temple Exemption form Excise Tax Documents |
| 92 | | | | | The Scientific Post of God Revealed Edition |
| 93 | | | | | Video File: An Overview of the Spiritual Path |
| 94 | | | | | WITHDRAWN |
| 95 | | | AUG 2 1 2019 | | Photo: Hairpin turn on Haumana Road, looking makai and mauka |
| 96 | | | | | WITHDRAWN |
| 97 | | | | | WITHDRAWN |
| 98 | | | AUG – 7 2019 | | Spirit of Aloha Temple's Application for State Land Use Comm. SUP submitted Nov. 21, 2012, updated Jan. 22, 2014 |
| 99 | | | AUG – 7 2019 | | Maui Police Dept. recommendation dated Feb. 13, 2013 |
| 100 | | | | | Maui Planning Comm. Regular Meeting Minutes dated Apr. 8, 2014 |
| 101 | | | AUG – 7 2019 | | Special Management Area Approval by M. Foley to F. Honig dated Feb. 2004 |
| 102 | | | AUG – 7 2019 | | Spirit of Aloha 501(c)(3) IRS Determination Approval Letter dated Aug. 18, 2008 |
| 103 | | | | | Letter from Dept. of Land and Natural Resources to H. Hammett dated May 30, 2006 |

Page ____4____ of ____7____ Pages

HID 187A (Rev. 3/11)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | Spirit of Aloha, et. al | | VS. | County of Maui | CASE NO. CV 14-00535 SOM-WRP |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 104 | | | | | Letter from Dept. of Planning re: SMA Approval for Potting Shed dated Feb. 16, 2011 |
| 105 | | | | | Letter from F. Honig to W. Spence at Dept. of Planning re: Clarifications for Botanical Gardens Uses dated Oct. 5, 2011 |
| 106 | | | | | Letter from Dept. of Planning to F. Honig re: Special Management Area Permits for Various Structures dated. Nov. 18, 2008 |
| 107 | | | AUG - 7 2019 | | Articles of Incorporation and Amendment for Spirit of Aloha dated Nov. 8, 2007 |
| 108 | | | | | WITHDRAWN |
| 109 | | | AUG - 7 2019 | | Statement of Faith, Summary of Beliefs and Core Values dated Oct. 10. 2007 |
| 110 | | | | | MCPD Recommendation Supplement 9, Exhibits 1 to 13 dated Apr. 8, 2014 |
| 111 | | | | | MCPD Recommendation Supplement 10, Drinking Water Testimony dated Apr. 8, 2014 |
| 112 | | | AUG - 7 2019 | | MCPD Recommendation Supplement 2, Google Street Views fo Haumana Road dated Mar. 25, 2014 |
| 113 | | | | | MCPD Recommendation Supplement 1, Exhibits 1-37 dated Mar. 25, 2014 |
| 114 | | | | | Maui Planning Comm. Meeting Agenda dated Mar. 23, 2010 |
| 115 | | | | | Maui Planning Comm. Meeting Transcript dated Mar. 23, 2010 |
| 116 | | | | | Audio File: Maui Planning Comm. Meeting dated Apr. 8, 2014 |
| 117 | | | | | Video File: Maui Planning Comm. Meeting dated Mar. 25, 2014 |
| 118 | | | | | WITHDRAWN |
| 119 | | | | | WITHDRAWN |
| 120 | | | | | SpLritof Aloha Botanical Gardens Farm Plan dated May 1, 2009 |
| 121 | | | | | Dept. of Planning Letter to F. Honig dated Apr. 28, 2014 |
| 122 | | | | | Integral Yoga Academy Certification for F. Honig dated Mar. 1, 1992 |
| 123 | | | | | Letter from Satchidananda Ashram Yogaville dated Nov. 30, 1994 |
| 124 | | | | | Letter from Satchidananda Ashram Yogaville re: Certification of F. Honig dated Jun. 25, 1993 |
| 125 | | | | | Clergy Identification Card for Swami Swaroopananda dated Jul. 30, 1977 |
| 126 | | | AUG - 6 2019 | | Swami Swaroopananda Holy Order of Paramahamsa Sannyasa dated Jul. 30, 1977 |
| 127 | | | | | WITHDRAWN |
| 128 | | | | | WITHDRAWN |
| 129 | | | | | WITHDRAWN |
| 130 | | | | | The Gardens 2020 Vision and F. Honig Bio |

HID 187A (Rev. 3/11)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| | Spirit of Aloha, et. al | | vs. | County of Maui | CASE NO.<br>CV 14-00535 SOM-WRP |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 131 | | | | | Letter and Report from State Dept. of Transportation with major traffic accidents on Waipoli Rd. dated May 14, 2019 |
| 132 | | | AUG – 7 2019 | | Aloha I Ka Pono Mission and Anthem |
| 133 | | | | | A Martin Luther King Day Church Service by Swami Swaroopananda in Virginia given 1990 |
| 134 | | | | | Testimony of Kumu Puanani Mahoe given Dec. 14, 2010 |
| 135 | | | | | Photo slideshow of Yogaville and unfoldment |
| 135A | | | AUG 13 2019 | | Photo: SAT Tent |
| 135B | | | AUG 13 2019 | | Photo: First Dwelling |
| 135C | | | AUG 13 2019 | | Photo: Swami Blessing the Land |
| 135D | | | AUG 13 2019 | | Photo: Flower Lei |
| 135E | | | AUG 13 2019 | | Photo: Blessing |
| 135F | | | AUG 13 2019 | | Photo: Reception Building |
| 135G | | | AUG 13 2019 | | Photo: Michael & Rickie Beckwith Renewing Wedding Vows |
| 135H | | | AUG 13 2019 | | Photo: Temple Parking -- 20 Vehicles |
| 135I | | | AUG 13 2019 | | Photo: Prayer Circle |
| 135J | | | AUG 13 2019 | | Photo: Guiding Meditation at Women's Retreat |
| 135K | | | AUG 13 2019 | | Photo: Path to Buddha Meditation Site |
| 135L | | | AUG 13 2019 | | Photo: School Visit |
| 135M | | | AUG 13 2019 | | Photo: Marriage Counseling |
| 135N | | | AUG 13 2019 | | Photo: Swami Swaroopananda Initiation |
| 135O | | | AUG 13 2019 | | Photo: Meenakshi, Swami and Swaroop |
| 135P | | | AUG 13 2019 | | Photo: Swaroopananda's Sannyas Vows, 1977 |
| 135Q | | | AUG 13 2019 | | Photo: Buddha Garden |
| 135R | | | AUG 13 2019 | | Photo: Spirit of Aloha Garden |
| 135S | | | AUG 13 2019 | | Photo: Shuttle |
| 135T | | | AUG 13 2019 | | Photo: Shuttle |
| 135U | | | AUG 13 2019 | | Photo: Train |
| 13V | | | AUG 13 2019 | | Photo: Cars |

Page ___6___ of ___7___ Pages

HID 187A (Rev. 3/11)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| Spirit of Aloha, et. al | vs. | County of Maui | CASE NO. CV 14-00535 SOM-WRP |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 135W | | | AUG 13 2019 | | Photo: Prayer Circle |
| 135X | | | | | Photo: Yoga Class at Temple |
| 135Y | | | | | Photo: Pouring Cement for Steep Parts of Driveway |
| 135Z | | | | | Photo: Newly Finished Driveway |
| 136 | | | AUG 13 2019 | | Chart: Exhibits 135A-135Z  Descriptions and Dates |
| 137 | | | | | Supplemental Report from R. Okaneku dated Feb. 26, 2018 |
| 138 | | | | | Expert Report from R. Okaneku dated Oct. 28, 2015 |
| 139 | | | AUG - 8 2019 | | Map of Haumana Road, Haiku |
| 140 | | | AUG 2 1 2019 | | Defendant's Exhibit 2 at COM00092 |
| 141 | | | | | Defendant's Exhibit 2 at COM00094 |
| 142 | | | | | Defendant's Exhibit 2 at COM00095 |
| | | | | | |
| 144 | | | AUG 2 2 2019 | | |
| 145 | | | AUG 2 2 2019 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page ___7___ of ___7___ Pages