DEPARTMENT OF THE CORPORATION COUNSEL  205

MOANA M. LUTEY     6385
Corporation Counsel
BRIAN A. BILBERRY     7260
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Telephone: (808) 270-7741
Facsimile: (808) 270-7152
Email: brian.bilberry@co.maui.hi.us

Attorneys for Defendant
 COUNTY OF MAUI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPIRIT OF ALOHA TEMPLE, a Hawaii nonprofit corporation, and FREDRICK R. HONIG,<br><br>     Plaintiffs,<br><br> vs.<br><br>COUNTY OF MAUI and MAUI PLANNING COMMISSION,<br><br>     Defendants. | CIVIL NO. 14-00535 SOM-WRP<br><br>NOTICE OF WITHDRAWL WITHOUT PREJUDICE OF DEFENDANT COUNTY OF MAUI'S MOTION FOR ATTORNEY'S FEES AND NON-TAXABLE COSTS FILED SEPTEMBER 8, 2019<br><br>Trial Date: August 6, 2019<br><br>Hon. Judge Susan O. Mollway |

# DEFENDANT COUNTY OF MAUI'S NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF DEFENDANT COUNTY OF MAUI'S MOTION FOR ATTORNEY'S FEES AND NON-TAXABLE COSTS FILED SEPTEMBER 8, 2019

Pursuant to the Court's Electronic Order dated September 9, 2019 [ECF No. 398], the County of Maui withdraws without prejudice its Motion for Attorney's Fees and Non-Taxable Costs, filed on September 6, 2019 [ECF No. 397]. The motion will be refiled pursuant to the recent amendment to Local Rule 54.2.

DATED: Wailuku, Maui, Hawaii, September 10, 2019.

>      MOANA L. LUTEY
>      Corporation Counsel
>      Attorney for Defendant
>          COUNTY OF MAUI
>
>      By   /s/ Brian A. Bilberry
>         BRIAN A. BILBERRY
>         Deputy Corporation Counsel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPIRIT OF ALOHA TEMPLE, a Hawaii nonprofit corporation, and FREDRICK R. HONIG,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MAUI and MAUI PLANNING COMMISSION,<br><br>Defendants. | CIVIL NO. 14-00535 SOM-RLP<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of foregoing document was duly served electronically upon the following parties through CM/ECF:

Jonathan S. Durrett, Esq.      (jdurrett@drmhawaii.com)
Adam G. Lang, Esq.             (alang@drmhawaii.com)
Davies Pacific Center
841 Bishop Street, Suite 1101
Honolulu, HI 96813

Roman R. Storzer, Esq.         (storzer@storzerandgreene.com)
Robert L. Greene, Esq.         (greene@storzerandgreene.com)
John Stepanovich               (stephanovich@storzerlaw.com)
Sara Child                     (child@storzerlaw.com)
1025 Connecticut Avenue, Northwest
Suite One Thousand

Washington, D.C.   20036
   Attorney for Plaintiffs
Clare E. Connors
Attorney General of Hawaii
Robert T. Nakatsuji          (Robert.T.Nakatsuji@hawaii.gov)
Deputy Attorney General
State of Hawaii
425 Queen Street
Honolulu, Hawaii   96813
   Attorney for Intervenor-Defendant
     STATE OF HAWAII

DATED: Wailuku, Maui, Hawai´i, September 10, 2019.

                    MOANA M. LUTEY
                    Corporation Counsel
                    Attorney for Defendant
                       COUNTY OF MAUI

                    By  /s/ Brian A. Bilberry
                       BRIAN A. BILBERRY
                       Deputy Corporation Counsel