DEPARTMENT OF THE CORPORATION COUNSEL  205

MOANA M. LUTEY                 6385
Corporation Counsel
BRIAN A. BILBERRY              7260
Deputy Corporation Counsel
County of Maui
200 South High Street
Wailuku, Hawaii  96793
Phone:   (808) 270-7740
Facsimile: (808) 270-7152
E-mail: brian.bilberry@co.maui.hi.us

Attorneys for Defendant
  COUNTY OF MAUI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPIRIT OF ALOHA TEMPLE, et al.,<br><br>         Plaintiffs,<br><br>vs.<br><br>COUNTY OF MAUI, et al.,<br><br>         Defendants. | CIVIL NO. CV 14-00535 SOM-WRP<br><br>**DEFENDANT COUNTY OF MAUI'S BILL OF COSTS** |

## DEFENDANT COUNTY OF MAUI'S BILL OF COSTS

Judgment having been entered in the above entitled action on August 23, 2019 against Plaintiff, the Clerk is requested to tax the following as costs:

Fees of the Clerk ................................................................................$ 0

Fees for service of summons and subpoena ................................$ 361.17

Fees of the court reporter for or any part of the
    all or any part of the transcript necessarily
    obtained for use in the case ....................................................$14,261.84

Fees and disbursements for printing ..................................................$ 0

Fees for witnesses (itemize on reverse side) ..............................$ 1,833.41

Fees for exemplification and copies of papers
    necessarily obtained for use in the case .................................$1,165.50

Docket fees under 28 U.S.C. 1923 ......................................................$ 0

Cost as shown on Mandate of Court of Appeals ..................................$ 0

Compensation of court-appointed experts ...........................................$ 0

Compensation of interpreters and costs of

special interpretation services under
28 U.S.C. 1828 ................................................................................$ 0

Other costs (please itemize) ...........................................................$ 0

TOTAL: .... $17,755.72

## DECLARATION OF BRIAN A. BILBERRY

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: **Jonathan Durrett, Esq., Davies Pacific Center, 841 Bishop Street, Suite 1101, Honolulu, Hawaii 96813, attorney for Plaintiffs.**

DATED: Wailuku, Maui, Hawaii, September 6, 2019.

Signature of Attorney:_____
Brian A. Bilberry
Deputy Corporation Counsel

Costs are taxed in the amount of __$17,755.72__ and included in the judgment.

/s/ SUE BEITIA                By: J.O., Deputy Clerk   Date: 9/25/2019
Clerk of Court

3