# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

**Transcript Designation and Ordering Form**

| | |
|---|---|
| U.S. Court of Appeals Case No.: 19-16839 | U.S. District Court Case No.: 1:14-cv-00535 SOM-WRP |
| Short Case Title: Spirit of Aloha Temple v. County of Maui | Date Notice of Appeal Filed by Clerk of District Court: September 20, 2019 |
| Date Transcript Ordered: October 11, 2019 | Time Schedule Order Transcript Due Date: November 18, 2019 |
| Attorney Name: Roman P. Storzer | Address: 1025 Connecticut Ave. NW, Ste 1000, Washington, D.C. 20036 |
| Phone Number: (410) 680-8871 | Email: storzer@storzerlaw.com |

This form should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court transcripts.

Please note the specific instructions below. If there are further questions, contact the U.S. District Court Clerk's Office.

1. Please refer to the electronic case file docket to determine the hearing date and the court reporter or other method utilized to record the specific court proceedings. Attach additional page of designations, if necessary.
2. File Original with the District Court.
3. Send a copy to opposing counsel(s). Make additional copies if necessary.
4. Send a copy to each court reporter. Contact court reporter(s) to make further arrangements for payment. Court reporter contact information can be found at http://www.hid.uscourts.gov.
5. E-mail orders for transcripts of digital audio recordings of court proceedings (FTR) to transcripts@hid.uscourts.gov.
6. Continue to monitor progress of transcript preparation. Court reporter contact information can be found at http://www.hid.uscourts.gov.

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (please specify) |
|---|---|---|
| June 24, 2019 | Ann Matsumoto | Oral Argument on Dkt. ##218 and 229 |
| | | |
| | | |
| | | |
| | | |

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

☑ As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

☐ As appointed counsel, I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

| Attorney Signature: s/ Roman P. Storzer | Date: October 11, 2019 |
|---|---|