# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

SPIRIT OF ALOHA TEMPLE, a
Hawaii nonprofit corporation;
FREDRICK R. HONIG

     Plaintiffs,

     V.

COUNTY OF MAUI

     Defendant.

**JUDGMENT IN A CIVIL CASE**

Case: CV 14-00535 SOM-WRP

> FILED IN THE
> UNITED STATES DISTRICT COURT
> DISTRICT OF HAWAII
> Oct 12, 2023, 10:05 am
> Lucy H. Carrillo, Clerk of Court

[✓] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court**. This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the Jury Verdict, the court's oral rulings on the parties' motions for judgment as a matter of law (ECF Nos. 639 & 640) entered on October 11, 2023, the "Order Granting Defendant State of Hawaii's Motion for Summary Judgment with Respect to Count V and Defendant County of Maui's Joinder Therein; Order Denying Plaintiffs' Motion for Preliminary Injunction with Respect to Count V", ECF No. 498, filed March 31, 2023, and the "Order Granting Partial Summary Judgment in Favor of Plaintiffs on the Issue of Whether the County of Maui's Denial of the Special Use Permit Satisfied Strict Scrutiny with Respect to Counts I, VI, and VIII, But Denying Summary Judgment on All Remaining Issues and Claims", ECF No. 540, filed August 11, 2023.

October 12, 2023

Date

LUCY H. CARRILLO

Clerk

/s/ LUCY H. CARRILLO by EA

(By) Deputy Clerk